IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13cv03

| | |
|---|---|
| DONELL YOUNG WILLIAMSON,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>)<br>Defendant.  )<br>_____) | ORDER OF DISMISSAL |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment [Doc. 10] and Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 11].

Plaintiff's counsel concedes in the motion that this matter cannot be further prosecuted in good faith. The Court will therefore dismiss the Plaintiff's Complaint without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 11] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: June 8, 2013

Martin Reidinger
United States District Judge